UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: FIDEL H. PAJARILLO,

Debtor,

FIDEL H. PAJARILLO,

Plaintiff - Appellant,

v.

SFR INVESTMENTS POOL 1, LLC; et al.,

Defendants - Appellees.

No. 14-15977

D.C. No. 2:13-cv-01935-RCJ
U.S. District Court for Nevada, Las Vegas

**MANDATE**

The judgment of this Court, entered November 22, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7