UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In re:  FIDEL H. PAJARILLO,                              Case No.: 2:13-CV-01935-RCJ

                    Debtor,                                      **ORDER**

_____

FIDEL H. PAJARILLO,

                    Plaintiff,

v.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

                    Defendants.

_____

       The above-entitled cause having been before the United States Court of Appeals

for the Ninth Circuit, having vacated the District Court's order dismissing Plaintiff's

adversary proceeding on November 22, 2016, issued its mandate and the Court being

fully advised in the premises,

       NOW THEREFORE IT IS ORDERED that the mandate be spread upon the

records of this Court.

       IT IS FURTHER ORDERED that a Status Conference is set for 09:00 A.M.,

Thursday, January 26, 2016, in LAS VEGAS COURTROOM 4B, before Judge Robert

C. Jones.

       IT IS SO ORDERED this 1st day of December, 2016.

                                                      _____
                                                      ROBERT C. JONES

ORDER - 1