Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
lambm@ballardspahr.com

*Attorneys for Appellees JPMorgan Chase Bank, N.A. and California Reconveyance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>FIDEL H. PAJARILLO,<br>    Debtor.<br><br>FIDEL PAJARILLO,<br>    Appellant,<br>vs.<br>SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.; RANCHO LAS BRISAS MASTER HOA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF AMERICA, N.A.; BAC HOME LOAN SERVICING LP; RECONTRUST COMPANY, N.A.; U.S. BANK, N.A.; JPMORGAN CHASE BANK, N.A.; and CALIFORNIA RECONVEYANCE COMPANY;<br>    Appellees. | Case No. 2:13-cv-01935-RCJ<br>Adv. No. 13-01053-led<br>Bankr. No. 13-12137-btb<br><br>**JOINT MOTION TO CLARIFY DEADLINE FOR APPELLEES' ANSWERING BRIEFS** |

Appellees JPMorgan Chase Bank, National Association; California Reconveyance Company; and SFR Investments Pool 1, LLC (the "Moving Parties") jointly move to clarify the deadline for appellees to file their answering briefs in this bankruptcy appeal. In a minute order filed January 26, 2017 (ECF No. 39), the

Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617

Court set deadlines of February 27, 2017 for appellant's opening brief; March 14, 2017 for appellees' answering briefs; and March 24, 2017 for any reply brief. In a motion filed February 24, 2017 (ECF No. 48), appellant requested an extension of the deadline for his opening brief to March 26, 2017. The Court has not yet ruled on appellant's motion. Appellant ultimately filed his opening brief (ECF No. 49) on March 27, 2017.

Pursuant to Fed. R. Bankr. P. 8018(a)(2), the deadline for appellees to file their answering briefs is April 26, 2017, which is 30 days after appellant served his brief. However, the Court's original briefing schedule (ECF No. 39) only allowed 15 days for appellees to file their answering briefs. The Moving Parties therefore request an order clarifying and setting the deadline for April 26, 2017, pursuant to Fed. R. Bankr. P. 8018(a)(2).

Dated: April 6, 2017.

| KIM GILBERT EBRON | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Jacqueline A. Gilbert<br>    Howard C. Kim<br>    Nevada Bar No. 10386<br>    Jacqueline A. Gilbert<br>    Nevada Bar No. 10593<br>    7625 Dean Martin Drive, Suite 110<br>    Las Vegas, Nevada 89139<br><br>*Attorneys for Appellee SFR Investments Pool 1, LLC* | By: /s/ Matthew D. Lamb<br>    Abran E. Vigil<br>    Nevada Bar No. 7548<br>    Matthew D. Lamb<br>    Nevada Bar No. 12991<br>    100 North City Parkway, Suite 1750<br>    Las Vegas, Nevada 89106<br><br>*Attorneys for Appellees JPMorgan Chase Bank, N.A. and California Reconveyance Company* |

IT IS SO ORDERED this 11th day of April, 2017.

_____
ROBERT C. JONES

DMWEST #15335159 v1